| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | |
| COUNTY OF GREENWOOD ) | EIGHTH JUDICIAL CIRCUIT |

Diane Litton and Robby Litton,  )
)
                  Plaintiffs,  )   **SUMMONS**
)
vs.  )   23 - CP - 24 - _____
)
Wal-Mart Stores, Inc., d/b/a Store #6887,  )
)
                  Defendant.  )
_____ )

TO:   THE DEFENDANT:

THIS SUMMONS requires you to answer the attached Complaint and to serve a copy of your Answer on Plaintiffs' attorneys at their office, 1629 Bypass 72 NE, Greenwood, South Carolina 29649, within THIRTY (30) DAYS after service of this Summons, excluding the date of service, and if you fail to answer the Complaint within this time, judgment by default will be rendered against you for relief demanded in the Complaint.

                                            McCRAVY NEWLON & STURKIE
                                            LAW FIRM, P.A.

                                            BY: s/Jon E. Newlon
                                                 Jon E. Newlon
                                                 State Bar #15617

                                            Attorney for the Plaintiffs
                                            1629 ByPass 72 NE
                                            Greenwood, S.C. 29649
                                            864/388-9100, 9104 (FAX)
                                            jnewlon@mccravylaw.com

Greenwood, South Carolina
January 12, 2023

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | |
| COUNTY OF GREENWOOD ) | EIGHTH JUDICIAL CIRCUIT |
| | |
| Diane Litton and Robby Litton, ) | |
| ) | |
| Plaintiffs, ) | **COMPLAINT** |
| ) | |
| vs. ) | 23 - CP - 24 - _____ |
| ) | |
| Wal-Mart Stores, Inc., d/b/a Store #6887, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiffs, complaining of Defendant, respectfully allege as follows:

1. Plaintiffs are citizens and residents of Greenwood County, S.C.

2. Defendant Wal-Mart Stores, Inc., a domestic for profit corporation in good standing, is doing business as Wal-Mart Store #6887, is organized and existing under the laws of Delaware, and maintains a principle place of business in Greenwood County, South Carolina. Further, Defendant regularly transacts business in Greenwood County, South Carolina. Further, Defendant committed tortious acts through its agents and/or employees in Greenwood County, South Carolina.

3. On September 19, 2020, in the afternoon, Plaintiffs lawfully entered and occupied Defendant's place of business located at 300 Bypass 25 NE, Greenwood, S.C., 29646. Plaintiff Dianne Litton went to the freezer aisle and was looking into a cooler for Lean Cuisine. Plaintiff Robby Litton went shopping in another part of Defendant's store. She opened a door with her right hand and then closed it. She sidestepped to her right in order to reach the door to the same cooler. When she sidestepped, her right foot stepped into water apparently leaking from the cooler, her right foot shot out and she did the splits, landing hard on her bottom. She rolled and got on her knees, crawled to a nearby buggy and pulled herself up. While she did not perceive the water before her fall and did not walk in that same area before her fall, she did see the water on the floor after the falling. The water

was partly beyond the underside of the cooler and partly under the edge of the cooler and appeared to be coming from underneath the cooler. As a result of her fall, Plaintiff Diane Litton sustained personal injuries and other damages.

4. As a result of Defendant's negligence, Plaintiff fell and suffered injuries and other damages.

5. At all times herein, Defendant's agents and/or employees had a duty to maintain its equipment and keep the floor in a safe condition for its customers and/or a duty to warn Plaintiffs of a known or anticipated unsafe condition.

6. At the time and place of the accident referred to above, Defendant had actual or constructive notice of the dangerous condition, but was negligent, grossly negligent and reckless as follows:

    a. It allowed and/or permitted the cooler to be defective, dangerous and unsafe for the Plaintiff and other customers and shoppers;

    b. It allowed the cooler to continue to leak onto the floor where customers would be expected to walk;

    c. It failed to correct the leaking cooler and clean up the water on the floor in front of the cooler;

    d. It failed to properly monitor and/or inspect the cooler and/or the floor in question;

    e. It failed to provide an adequate sign, notice or warning of the leaking cooler and water on the floor in question; and

    g. In otherwise failing to use due care in keeping the rack in a reasonable and safe condition.

7. As a direct and proximate result of the Defendant's negligence, gross negligence and recklessness, Plaintiff Diane Litton fell and sustained acute personal injuries and incurred travel expenses for medical treatment and medical expenses when treated by medical doctors. She has endured and will endure pain and suffering and other damages.

8.     Further, as a direct and proximate result of Defendant's negligence, Plaintiff Robby Litton's spouse was injured whereby he lost her society, companionship and comfort, entitling him to bring an action for loss of consortium.

9.     Further, Plaintiffs believe they are entitled to actual and punitive damages for Defendant's negligent, reckless and/or willful acts and/or omissions.

**WHEREFORE**, Plaintiffs pray for judgment for negligence as well as an award of actual damages and punitive damages, for cost of this action, and for such other and further relief as this Court may deem just, equitable and proper.

                                         McCRAVY NEWLON & STURKIE
                                         LAW FIRM, P.A.

                                         BY: <u>s/Jon E. Newlon</u>
                                               Jon E. Newlon
                                               State Bar #15617

                                         Attorney for the Plaintiff
                                         1629 ByPass 72 NE
                                         Greenwood, S.C. 29649
                                         864/388-9100, 9104 (FAX)
                                         <u>jnewlon@mccravylaw.com</u>

Greenwood, South Carolina
January 12, 2023

ELECTRONICALLY FILED - 2023 Jan 16 12:44 PM - GREENWOOD - COMMON PLEAS - CASE#2023CP2400051