IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD/ANDERSON DIVISION

| | |
|---|---|
| Diane Litton and Robby Litton, <br><br> Plaintiffs, <br> vs. <br> Walmart Inc., <br><br> Defendant. | Civil Action No. 8:23-cv-00688-TMC <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

In light of the settlement entered into by the parties, Plaintiffs Diane Litton and Robby Litton do hereby voluntarily dismiss with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims, causes of action, and damages asserted or that might have been asserted against Defendant in the above-referenced action.

Defendant hereby consents to Plaintiffs' voluntary dismissal with prejudice.

The parties shall bear their own costs and attorneys' fees.

For Plaintiffs:

*s/Jon E. Newlon*
Jon E. Newlon, Fed ID No. 7332
jnewlon@mccravylaw.com
**McCravy Newlon & Sturkie Law Firm, P.A.**
1629 Bypass 72 NE
Greenwood, South Carolina 29649
Phone: 864-388-9100

Dated: February 9, 2024

For Defendant:

*s/Randi Lynn Roberts*
Randi Lynn Roberts, Federal ID No. 12462
rlroberts@lbrblaw.com
**LEWIS, BLAIN, ROBERTS & BOYD, LLC**
3700 Forest Drive, Suite 400
Columbia, South Carolina 29204
(803) 790-8838 (office)